UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CHARLES H. THIBODEAUX**                   **CIVIL ACTION**

**VERSUS**                  **No. 12-2080**

**TAMASHIRO, ET AL.**                  **SECTION I**

## ORDER

Before the Court is a request[1] for waiver of felony status, filed by and with respect to plaintiff, Charles H. Thibodeaux. Plaintiff alleges that he was forced to plead guilty in a 1953 trial "as the documents proving his innocen[ce] were destroyed when the said car was picked up by the Police in 1953." He further alleges that he was subject to an ex post facto law, although it is unclear whether this argument references the 1953 conviction or a 1993 conviction. Plaintiff's request mirrors that in his complaint,[2] which has not yet been adjudicated.

Also before the Court is plaintiff's motion[3] for a writ of mandamus. Plaintiff requests various documents related to his prior criminal conviction(s). In particular, he requests copies of: (1) the request for a search warrant; (2) various personal information surrounding the sources providing probable cause for the search; (3) the grand jury transcript; and (4) "all Documents by the U S Attorney and the Attorney for Charles H. Thibodeaux." "A writ of mandamus may issue only if (1) the petitioner has no other adequate means to attain the desired relief; (2) the petitioner has

---

[1] R. Doc. No. 4.
[2] *See* Plaintiff's "Statement of Relief," R. Doc. No. 1, p.4 ("Plaintiff does Pray, the Court to release him from his Felony status as quick as possible. [Due] to the fact that this is an extreme Ex Post Facto Case, so Plaintiff will be able to prepare his self in the event there is another attempt on his life.").
[3] R. Doc. No. 2.

demonstrated a right to the issuance of a writ that is clear and indisputable; and (3) the issuing court, in the exercise of its discretion, is satisfied that the writ is appropriate under the circumstances." *In re Dean*, 527 F.3d 391, 394 (5th Cir. 2008) (citation and quotation omitted). Plaintiff fails to satisfy this standard.

Accordingly,

**IT IS ORDERED** that the request for waiver of felony status is **DENIED**.

**IT IS FURTHER ORDERED** that the motion for a writ of mandamus is **DENIED**.

New Orleans, Louisiana, .November 15th, 2012.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**